**CARPENTER v. MCKINNEY**

[368 N.C. 234 (2015)]

| | | |
|---|---|---|
| ROBERT CARPENTER AND TAMMY CARPENTER, INDIVIDUALLY AND TAMMY CARPENTER AS ADMINISTRATOR OF THE ESTATE OF MONIQUE L. CARPENTER | ) ) ) ) ) ) | |
| v. | ) ) | From Guilford County |
| WILLIE MCKINNEY, INDIVIDUALLY AND JOINTLY AND SEVERALLY WITH WINDHAM HEATING AND AIR CONDITIONING, INC., INDIVIDUALLY AND JOINTLY AND SEVERALLY WITH OLD REPUBLIC HOME PROTECTION COMPANY, INC., INDIVIDUALLY AND JOINTLY AND SEVERALLY WITH PAUL EDWARD WINDHAM, INDIVIDUALLY AND D/B/A WINDHAM HEATING & AIR | ) ) ) ) ) ) ) ) ) ) ) | |

No. 266P14

## ORDER

The plaintiffs' petition for writ of certiorari is allowed only as to whether the Court of Appeals erred by dismissing plaintiffs' appeal as interlocutory. The petition is denied as to any remaining issues.

By Order of this Court, this 20th day of August, 2015.

s/Ervin, J.

For the Court